UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIMPLY HOME HEALTHCARE, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ADVANCEMED CORPORATION, and, ALEX M. AZAR, II, in his official capacity as Secretary of the Department of Health & Human Services,<br><br>    Defendants. | No. 19 C 2313<br><br>Judge Leinenweber |

## **DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(1)**

Defendants Alex M. Azar, II, Secretary, United States Department of Health and Human Services, and AdvanceMed Corporation, by their attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, move to dismiss this lawsuit under Fed. R. Civ. P. 12(b)(1) for lack of subject-matter jurisdiction. The motion's basis is set forth in the accompanying memorandum of law.

                Respectfully submitted,

                JOHN R. LAUSCH, Jr.
                United States Attorney

                By: s/ Nigel B. Cooney
                  NIGEL B. COONEY
                  Assistant United States Attorney
                  219 South Dearborn Street
                  Chicago, Illinois 60604
                  (312) 353-1996
                  nigel.cooney@usdoj.gov

Of Counsel:

ROBERT P. CHARROW
General Counsel

ALAN S. DORN
Chief Counsel, Region V

AMELIA WALLRICH
Assistant Regional Counsel

Office of General Counsel
United States Department of Health and Human Services, Region V
233 North Michigan Avenue, Suite 700
Chicago, Illinois 60601